UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED
AUG 14 2017
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
DEPUTY

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

Jaime Oswaldo Tapia-Gutierrez (1),

        Defendant.

CASE NO. 17CR0409-GPC

**JUDGMENT OF DISMISSAL**

    IT APPEARING that the defendant is now entitled to be discharged for the reason that:

___ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

___ the Court has dismissed the case for unnecessary delay; or

_X_ the Court has granted the motion of the Government for dismissal, without prejudice; or

___ the Court has granted the motion of the defendant for a judgment of acquittal; or

___ a jury has been waived, and the Court has found the defendant not guilty; or

___ the jury has returned its verdict, finding the defendant not guilty;

_X_ of the offense(s) as charged in the Information:

8:1326 - Deported Alien Found In The United States (Felony)

8:1325 - Illegal Entry (Misdemeanor)

    IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 8/11/17

                                Gonzalo P. Curiel
                                U.S. District Judge